No. 71–1393. Daniel et ux. v. United States. C. A. 6th Cir. Certiorari denied.

No. 71–1397. Miami Police Benevolent Assn., Inc. v. Adams et al. C. A. 5th Cir. Certiorari denied.

No. 71–1403. Forbes Leasing & Finance Corp. v. Lebowitz. C. A. 3d Cir. Certiorari denied.

No. 71–1405. Democratic National Committee v. Federal Communications Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 71–1413. Brown et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 71–1418. Lomayaktewa et al. v. Corcoran, U. S. District Judge, et al. C. A. D. C. Cir. Certiorari denied.

No. 71–1432. Direct Mail Advertising Assn., Inc., et al. v. United States Postal Service et al. C. A. D. C. Cir. Certiorari denied.

No. 71–1436. Bland v. United States. C. A. 5th Cir. Certiorari denied.

No. 71–1438. Cecere v. United States; and
No. 71–1568. DeCarlo v. United States. C. A. 3d Cir. Certiorari denied. Reported below: 458 F. 2d 358.

No. 71–1440. Wenger v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–1455. Bursten v. United States. C. A. 5th Cir. Certiorari denied.